[No. 10494–2–I.  Division One.  February 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
R. SINGLETON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–01759–4, Maurice Epstein, J. Pro Tem.,
entered July 2, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 11221–0–I.  Division One.  February 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
E. MALLANG, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–1–00402–9, Paul D. Hansen, J.,
entered January 11, 1982. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Callow and Corbett, JJ.

[No. 10178–1–I.  Division One.  February 7, 1983.]

WILLIAM HINCH, ET AL, *Appellants,* v. LEWIS COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 36990, Dale M. Nordquist, J., entered
November 17, 1980. *Reversed* and *remanded* by unpub-
lished opinion per Scholfield, J., concurred in by Durham,
A.C.J., and Callow, J.

[No. 11201–5–I.  Division One.  February 7, 1983.]

MASSEY REALTY, INC., *Respondent,* v. HERMISTON TRUCK
& RENTAL CO., INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 80–2–00184–8, Marshall Forrest, J.,
entered December 4, 1981. *Dismissed* by unpublished opin-
ion per Scholfield, J., concurred in by Swanson and Ring-
old, JJ.